UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-14036-MARTINEZ/MAYNARD(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATRICIA REED,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above-referenced case. Having conducted a change of plea hearing on August 5, 2019, this Court recommends to the District Court as follows:

1. On August 5, 2019, this Court convened a hearing to permit the Defendant to change her plea in this criminal case. At the hearing's outset, this Court advised the Defendant of her right to have the District Judge assigned to this case conduct this proceeding. This Court advised the Defendant that it was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. This Court advised the Defendant that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing.

2. This Court advised the Defendant that she did not have to permit the undersigned United States Magistrate Judge to conduct this hearing but could request a United States District

Judge to conduct the Change of Plea hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the Change of Plea hearing.

3. This Court conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. This Court reviewed that Plea Agreement on the record and had the Defendant acknowledge that she signed the Plea Agreement. The Defendant pleaded guilty to Counts One and Two of the Second Superseding Information. Count One charges social security fraud in violation of Title 42, United States Code, Section 408(a)(4). Count Two charges willful failure to file a tax return in violation of Title 26, United States Code, Section 7203.

5. This Court reviewed with the Defendant the possible maximum penalties as set forth in the Plea Agreement. The Defendant acknowledged that she understood the charges against her and the penalties that could be imposed in this case.

6. The Plea Agreement contains a provision regarding restitution, which the undersigned reviewed with the Defendant. The Defendant acknowledged her agreement to pay $57,847 to the Social Security Administration and $17,678 to the Internal Revenue Service in restitution. The defendant agreed that the total amount of restitution resulted from her fraudulent conduct.

7. The Plea Agreement contains several sentencing recommendations. Defendant acknowledged her understanding that the District Court is not required to follow the sentencing recommendations of the parties. Defendant further understands that she will not be able to withdraw her plea of guilty if the District Court rejects the parties' recommendations.

8. The Plea Agreement contains an agreement by the Defendant to be permanently enjoined from preparing or filing (or helping others to prepare or file) federal tax returns or forms for anyone other than herself. This Court reviewed that provision with the Defendant. Defendant acknowledged her understanding that the United States will file a civil complaint against her seeking this relief and agreed to consent to the permanent injunction.

9. The Plea Agreement contains an appeal waiver. This Court explained the appeal waiver to Defendant. Defendant acknowledged that she has read the appeal waiver, has discussed it with her attorney, and understands that by entering the plea agreement and entering a plea of guilty, she has waived or given up her right to appeal all or part of the sentence imposed by the District Court except under the limited circumstances outlined in the Plea Agreement. As a result, this Court recommends to the District Court that Defendant be found to have knowingly and voluntarily waived her right to appeal subject to the limited circumstances outlined in the Plea Agreement.

10. The parties submitted a written Stipulation of Facts ("Stipulation"), which was signed by counsel for the Government, counsel for the Defendant, and the Defendant. The Defendant acknowledged that she has read the Stipulation and discussed it with her attorney. The Defendant further acknowledged that she completely understands the Stipulation and agreed that it accurately sets forth the facts in her case as she understands them to be. This Court finds that the Stipulation sets forth all of the essential elements of the crimes to which the Defendant is pleading guilty as well as any sentencing enhancements and/or aggravating factors that may be applicable.

11. Based on the foregoing and the plea colloquy that this Court conducted, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily

entered a guilty plea to Counts One and Two of the Second Superseding Information, and that the Defendant be adjudicated guilty of those offenses.

12. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes. This Court notes that the Sentencing Hearing is set for **Tuesday, October 15, 2019 at 1:30 P.M. before District Judge Jose E. Martinez at the United States District Courthouse, 101 South U.S. 1, Courtroom 4008, Fort Pierce, Florida 34950.**

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's plea of guilty to Counts One and Two of the Second Superseding Information be accepted; that the Defendant be adjudicated guilty of the offenses to which she pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure Rule 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 6th day of August, 2019.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE